NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN BROWN, | ) | No. C 06-3635 JF (PR) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL; NO FILING FEE DUE |
| vs. | ) ) | |
| O.L. COX, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 2) |

On June 8, 2006, Plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis. On that same day, the Court sent a notification to Plaintiff that his in forma pauperis application was incomplete because he failed to submit a trust account statement showing transactions for the prior six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days. As of the date of this order, Plaintiff has not responded.

\\\

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or
2  file a completed in forma pauperis application.  Plaintiff's motion to proceed in forma
3  pauperis (docket no. 2) is DENIED as moot.  No filing fee is due.  The Clerk shall
4  terminate all pending motions and close the file.
5      IT IS SO ORDERED.
6  DATED: __8/4/06_____     /s/_____
7                                JEREMY FOGEL
                                  United States District Judge

This is to certify that a copy of this ruling was mailed to the following:

Norman Brown
C-52068
CTF -North
P.O. Box 705
Soledad, CA  93960